No. 99.—EX PARTE SOTO RAMOS, peticionario, *v.* SALDAÑA, ETC., dmdo.— Diciembre 11, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, el peticionario en este procedimiento de hábeas corpus fué declarado convicto de infringir la sección 3ª del título 2º de la Ley Nacional de Prohibición por fabricar ron, que es una bebida embriagante, con más del medio del uno por ciento de alcohol, del que le fueron ocupados cincuenta cuartillos, que son más de un galón;

POR CUANTO, la sentencia por ese delito lo condena a la pena de dos meses de prisión y dispone que la cumpla en el presidio de esta Isla, en el que ha sido recluído;

POR CUANTO, el peticionario solicita que lo pongamos en libertad alegando que tal sentencia es nula porque siendo su condena de dos meses de prisión no pudo disponer que la sufra en el presidio;

POR CUANTO, vistas la ley de 2 de marzo de 1929 para enmendar la Ley Nacional de Prohibición, 45 Estatutos de los Estados Unidos, Parte 1ª, página 1446, y las decisiones en los casos de *In Re Mills*, 135 U. S. 263 y de *In Re Bowner*, 151 U. S. 242, procede que se declare con lugar la petición en este caso:

POR TANTO, decretamos la excarcelación del peticionario Agustín Soto Ramos y se ordena al Jefe del Presidio de esta Isla Don Sixto M. Saldaña que lo ponga inmediatamente en libertad.